IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2005-3 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2005-3,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRIVADO M. ILAGAN; GLORIA E. ILAGAN; and DOES 1 through 5, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. 2:12-cv-00382 JAM KJN PS<br><br><br><br><br><br><br><br><br><br><br><br>ORDER TO SHOW CAUSE |

　　　　Defendant Gloria Ilagan removed this unlawful detainer case from the Sacramento County Superior Court to this court on February 15, 2012,[1] and a Status (Pretrial Scheduling) Conference is presently set for June 28, 2012.[2] Neither party filed a status report in advance of the scheduling conference. (See Order Setting Status Conference ¶ 6, Dkt. No. 2.) Moreover,

---

[1] It does not appear from the record that defendant Privado M. Ilagan joined in the removal or consented to the removal.

[2] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

plaintiff has not yet appeared in federal court despite the following: (1) defendant apparently served several post-removal documents on plaintiff's counsel (Dkt. Nos. 1-1 & 5); (2) the court's docket lists two of plaintiff's counsel as attorneys to be noticed, and reflects those attorneys' email addresses for the service of Notices of Electronic Filing.

In light of the foregoing, the undersigned vacates the June 28, 2012 scheduling conference and orders the parties to show good cause for their respective failures. However, nothing in this order should be construed as adjudicating the propriety of Ms. Ilagan's removal to federal court or whether this court can exercise federal subject matter jurisdiction over plaintiff's state law unlawful detainer claim.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The June 28, 2012 Status (Pretrial Scheduling) Conference is vacated and will be rescheduled at a later date.

2. On or before July 20, 2012, plaintiff shall show good cause in writing why: (a) it failed to file a status report in advance of the Status (Pretrial Scheduling) Conference; and (b) why its case should not be dismissed for failure to prosecute and failure to comply with the court's Order Setting Status Conference. See Fed. R. Civ. P. 41(b); Local Rule 110.

3. On or before July 20, 2012, defendant Gloria Ilagan shall show good cause in writing why she failed to file a status report in advance of the Status (Pretrial Scheduling) Conference.

IT IS SO ORDERED.

DATED: June 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE