IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS INDENTURE TRUSTEE
FOR THE REGISTERED HOLDERS OF
SAXON ASSET SECURITIES TRUST
2005-3 MORTGAGE LOAN ASSET
BACKED NOTES, SERIES 2005-3,

    Plaintiff,                No. 2:12-cv-00382 JAM KJN PS

  v.

PRIVADO M. ILAGAN; GLORIA E.
ILAGAN; and DOES 1 through 5,
inclusive,

    Defendants.          ORDER TO SHOW CAUSE
_____/

        On June 25, 2012, the court ordered plaintiff to show cause in writing, no later than July 20, 2012, "why: (a) it failed to file a status report in advance of the Status (Pretrial Scheduling) Conference; and (b) why its case should not be dismissed for failure to prosecute and failure to comply with the court's Order Setting Status Conference."[1]  (Order, June 25, 2012, at 2, Dkt. No. 7.)  Although plaintiff subsequently filed a motion to remand this case to the Sacramento County Superior Court, plaintiff failed to respond to the court's Order to Show

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  Cause ("OSC").  Filing a motion to remand in response to the OSC was a plainly insufficient
2  response to the OSC.
3        Accordingly, IT IS HEREBY ORDERED that on or before July 31, 2012, plaintiff
4  shall show cause in writing why the court should not impose monetary sanctions in an amount of
5  $500 on plaintiff and its counsel, jointly and severally, for failing to respond to the court's OSC.
6        IT IS SO ORDERED.
7  DATED:  July 24, 2012

                                          _____
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE