IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS INDENTURE TRUSTEE
FOR THE REGISTERED HOLDERS OF
SAXON ASSET SECURITIES TRUST
2005-3 MORTGAGE LOAN ASSET
BACKED NOTES, SERIES 2005-3,

        Plaintiff,                No. 2:12-cv-00382 JAM KJN PS

  v.

PRIVADO M. ILAGAN; GLORIA E.
ILAGAN; and DOES 1 through 5,
inclusive,

        Defendants.         ORDER TO SHOW CAUSE
_____/

        On June 25, 2012, the court ordered plaintiff to show cause in writing, no later than July 20, 2012, "why: (a) it failed to file a status report in advance of the Status (Pretrial Scheduling) Conference; and (b) why its case should not be dismissed for failure to prosecute and failure to comply with the court's Order Setting Status Conference."[1] (Order, June 25, 2012, at 2, Dkt. No. 7.) Although plaintiff subsequently filed a motion to remand this case to the Sacramento County Superior Court, plaintiff failed to respond to the court's Order to Show

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Cause ("OSC"). Filing a motion to remand in response to the OSC was a plainly insufficient response to the OSC.

Accordingly, IT IS HEREBY ORDERED that on or before July 31, 2012, plaintiff shall show cause in writing why the court should not impose monetary sanctions in an amount of $500 on plaintiff and its counsel, jointly and severally, for failing to respond to the court's OSC.

IT IS SO ORDERED.

DATED: July 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2