IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2005-3 MORTGAGE LOAN ASSET BACKED NOTES, SERIES 2005-3,<br><br>      Plaintiff,<br><br>  v.<br><br>PRIVADO M. ILAGAN; GLORIA E. ILAGAN; and DOES 1 through 5, inclusive,<br><br>      Defendants.<br>_____/ | No. 2:12-cv-00382 JAM KJN PS<br><br><br><br><br><br><br><br><br><br><br><br><br>ORDER |

On June 25, 2012, the court ordered plaintiff to show cause in writing, no later than July 20, 2012, "why: (a) it failed to file a status report in advance of the Status (Pretrial Scheduling) Conference; and (b) why its case should not be dismissed for failure to prosecute and failure to comply with the court's Order Setting Status Conference."[1] (Order, June 25, 2012, at 2, Dkt. No. 7.) Although plaintiff subsequently filed a motion to remand this case to the Sacramento County Superior Court, plaintiff failed to respond to the court's Order to Show

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

Cause ("OSC"). Filing a motion to remand in response to the OSC was a plainly insufficient response to the OSC.

Therefore, the undersigned ordered that on or before July 31, 2012, plaintiff shall show cause in writing why the court should not impose monetary sanctions in an amount of $500 on plaintiff and its counsel, jointly and severally, for failing to respond to the court's OSC. Plaintiff did not respond to the OSC.

Plaintiff has now ignored two OSCs in this action: one issued June 25, 2012 (Dkt. No. 7) and one issued July 25, 2012 (Dkt. No. 10). Findings and Recommendations are currently pending before the assigned United States District Judge and, if adopted, this matter will be remanded to state court and the case closed. Nevertheless, plaintiff's disregard for the undersigned's orders is unacceptable.

Accordingly, the undersigned orders as follows:

Plaintiff and its counsel, jointly and severally, are SANCTIONED in the amount of five hundred ($500.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the date of this order.

IT IS SO ORDERED.

DATED: September 12, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE