IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK TRUST COMPANY AMERICAS AS INDENTURE TRUSTEE FOR THE REGISTERED HOLDERS OF SAXON ASSET SECURITIES TRUST 2005-3 MORTGAGE LOAN ASSET BACKED NOTES, SEIES 2005-3,

    Plaintiff,

vs.

PRIVADO M. ILAGAN, et al.,

    Defendants.
_____/

No. CIV-S-12-0382-JAM-KJN-PS

ORDER

On July 25, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed July 25, 2012, are ADOPTED;

2. Plaintiff's motion to remand (Dkt. No. 9) is granted and this matter is remanded to the Superior Court of California, County of Sacramento;

3. Plaintiff's request for attorney's fees and costs is denied; and

4. The Clerk of Court is directed to vacate all dates and close this file.

DATED:   October 10, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE